IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02940-PAB-MJW

REBECCA F. JACOBS, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

OCWEN LOAN SERVICING, LLC;
HOMEWARD RESIDENTIAL, INC., fka AMERICAN HOME MORTGAGE SERVICING, INC., fdba AHMSI;, and
BANK OF NEW YORK MELLON, a Delaware Corporation,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint and Unopposed Motion for Entry of Stipulated Protective Order (docket no. 30) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 30-1) is APPROVED as amended in paragraphs 11 and 12 and made an Order of Court.

Date: February 11, 2014