# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02940-PAB-MJW

REBECCA F. JACOBS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,
HOMEWARD RESIDENTIAL, INC., fka AMERICAN HOME MORTGAGE SERVICING, INC., fdba AHMSI, and
BANK OF NEW YORK MELLON, a Delaware Corporation,

    Defendants.

---

## ORDER STAYING DISCOVERY AND VACATING CIVIL SCHEDULING ORDER ( Docket #36 )

The undersigned, having reviewed the parties' Joint Motion to Stay Discovery Pending Resolution of Motion to Dismiss and Settlement Negotiations, concludes that it is in the interests of the parties and of judicial economy to stay discovery while the parties are engaged in settlement discussions ~~and~~ *or* until the court resolves defendants' motion to dismiss. Additionally, the undersigned finds that the parties may be prejudiced unless the impending deadlines in the Civil Scheduling Order (Dkt. No. 21) are vacated to account for the stay of discovery. Accordingly, good cause exists to modify the Civil Scheduling Order. Pursuant to the undersigned's authority to issue a protective order pursuant to Fed. R. Civ. P. 26(c), its authority

to modify a scheduling order pursuant to Fed. R. Civ. P. 16(b)(4), and its inherent authority to manage its docket, it is HEREBY ORDERED:

(1) That the Parties' Joint Motion to Stay Discovery Pending Resolution of Motion to Dismiss and Settlement Negotiations is GRANTED;

(2) That all discovery in this action is STAYED until the Court has ruled on a Motion to Dismiss filed by Defendants, or further Order from this Court;

(3) That defendants' time to respond the amended complaint is STAYED pending further Order from this Court to permit the parties to focus on settlement negotiations;

(4) That all deadlines in the Civil Scheduling Order entered on December 16, 2013 (Dkt. No. 21) are VACATED.

DONE this 15th day of May, 2014.

BY THE COURT

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

(5) That the parties shall file a written status report regarding the status of settlement on or before July 1, 2014

MJW
5-15-14