IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02940-PAB-MJW

REBECCA F. JACOBS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,
HOMEWARD RESIDENTIAL, INC., fka American Home Mortgage Servicing, Inc., fdba AHMSI, and
BANK OF NEW YORK MELLON,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on the Stipulated Motion to Schedule Settlement Conference [Docket No. 52], wherein the parties ask the Court to authorize a settlement conference before the assigned magistrate judge.  Good cause appearing, it is

    **ORDERED** that the Stipulated Motion to Schedule Settlement Conference [Docket No. 52] is granted.  It is further

    **ORDERED** that, pursuant to D.C.COLO.LCivR 16.6A, Magistrate Judge Michael J. Watanabe is authorized to conduct a settlement conference in this case.  It is further

    **ORDERED** that the parties shall contact Magistrate Judge Watanabe's chambers at 303-844-2403 to schedule a settlement conference.

    DATED November 12, 2014.